### FRANCISCO PENA v. THE STATE.

No. 2979.    Decided January 28, 1914.

**Aggravated Assault—Statement of Facts—Misdemeanor.**

Where the statement of facts in a misdemeanor case was filed more than twenty days after the adjournment of the County Court, the same could not be considered on appeal. Following Butler v. State, 72 Texas Crim. Rep., 81, 160 S. W. Rep., 1191, and other cases.

Appeal from the County Court of Wharton. Tried below before the Hon. J. R. Bowen.

Appeal from a conviction of aggravated assault; penalty, a fine of $25. The opinion states the case.

*H. A. Cline,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, PRESIDING JUDGE.—Appellant was convicted for an aggravated assault upon his wife and his punishment assessed at a fine of $25.

There is in the record what purports to be a statement of facts, but it was filed more than twenty days after the adjournment of the court. Upon motion of the Assistant Attorney-General it is struck out and not considered. DeFriend v. State, 69 Texas Crim. Rep., 329, 153 S. W. Rep., 881; Durham v. State, 69 Texas Crim. Rep., 71, 155 S. W. Rep., 222; Butler v. State, 72 Texas Crim. Rep., 81, 160 S. W. Rep., 1191. In the absence of a statement of facts no question is raised which can be considered.

The judgment is affirmed.

*Affirmed.*